UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAJWINDER SINGH NATT, Petitioner | CIVIL ACTION NO. 1:20-CV-0261-P |
| VERSUS | JUDGE DRELL |
| CHAD WOLF, *ET AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) and Motion to Stay (ECF No. 2) are hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 19th day of March, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE